UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Melvin Earl Battle** **Docket No. 5:23-CR-171-1FL**

**Petition for Action on Supervised Release**

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melvin Earl Battle, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 8, 2024, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Melvin Earl Battle was released from custody on February 5, 2026, at which time the term of supervised release commenced.

On February 10, 2026, a Petition for Action was submitted to the court advising that during Battle's initial office appointment, he tested positive for THC. Battle admitted to using marijuana while in the Bureau of Prisons and agreed to have a substance abuse assessment and follow any course of recommended treatment. The defendant signed a Waiver of Hearing agreeing to add the drug aftercare condition and the court agreed to continue him on supervision.

On May 21, 2026, a Petition for Action was submitted to the court after the defendant signed a Waiver of Hearing agreeing to comply with all mandatory, standard, and special conditions ordered by the court at sentencing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 12, 2026, the defendant was arrested for Driving While Impaired in Cabarrus County, North Carolina (26CR405620). After being released from custody, Battle immediately contacted the undersigned officer and admitted to consuming alcohol and driving.

As a sanction for this criminal conduct, the probation office is recommending that the defendant be placed on 90 days of Home Detention with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to location monitoring technology as determined by the U.S. Probation Officer and comply with its requirements as directed.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kyle W. Fricke
Kyle W. Fricke
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2336
Executed On: September 22, 2026

**ORDER OF THE COURT**

Considered and ordered this 23rd day of September, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge